**Order entered December 30, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00651-CR

**STEVEN MICHAEL GOODE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court At Law No. 1
Kaufman County, Texas
Trial Court Cause No. 30921CC**

## ORDER

The Court **GRANTS** appellant's December 21, 2014 motion to extend time to file his brief. We **ORDER** the appellant's brief received on December 22, 2014 filed as of the date of this order.

/s/      ADA BROWN
JUSTICE